NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FLFMC, LLC,**
*Plaintiff-Appellant,*

v.

**WHAM-O, INC.,**
*Defendant-Appellee,*

v.

**UNITED STATES,**
*Intervenor.*

---

2011-1067

---

Appeal from the United States District Court for the Western District of Pennsylvania in case no. 10-CV-0435, Judge Arthur J. Schwab.

---

**ON MOTION**

---

**ORDER**

Upon consideration of the United States' motion for leave to intervene and the motion to revise the briefing schedule,

IT IS ORDERED THAT:

(1)  The motions are granted.  The revised official caption is reflected above.

(2)  The appellee's brief is due within 40 days of service of the appellant's opening brief.  The intervenor's brief is due within 40 days of service of the appellee's brief.  The appellant's reply brief is due within 14 days of service of the intervenor's brief.

FOR THE COURT

JAN 1 1 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  David G. Oberdick, Esq.
     Andrew John Dhuey, Esq.
     Douglas N. Letter, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 1 1 2011

JAN HORBALY
CLERK